[No. 2491-1.    Division One.    January 10, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN BRICE WILLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 2088, Howard A. Patrick, J., entered July 19, 1973. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Horowitz and Williams, JJ.

[No. 2148-1.    Division One.    January 13, 1975.]

R & A CONSTRUCTION, INC., *Respondent*, v. CAL G. TAYLOR *et al.*, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 732644, Theodore S. Turner, J., entered January 29, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson, C.J., and Williams, J.

[No. 739-3.    Division Three.    January 23, 1975.]

*In the Matter of the Welfare of* TRISHA ZMUDA, *a Minor.*

Certiorari to review a judgment of the Superior Court for Douglas County, No. J-577, Felix Rea, J., entered October 5, 1972. *Reversed* by unpublished per curiam opinion.

[No. 1890-1.    Division One.    January 27, 1975.]

F. C. SCHIFFMAN *et al.*, *Respondents*, v. HANSON EXCAVATING COMPANY, INC., *et al.*, *Appellants*, THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 732828, Howard J. Thompson, J., entered December 6, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Swanson, JJ.